## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | HAMLET R. VARGAS (J) | CASE NO: | 00-4208-SNOW |
| AUSA: | SCOTT BEHNKE — pres | ATTY: | Joaquin Perez (Temp) |
| AGENT: | DEA | VIOL: | PWID - COCAINE |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no          COUNSEL APPOINTED: _____

BOND SET @: _____                    To be cosigned by: _____

- ❏ Do not violate any law.
- ❏ Appear in court as directed.

        Deft advised of
        charges - Cnsl present

- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.

        m/ Det hrg set

- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-30 | 9:30 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-8 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 8/25/00   TIME: 11:00   FTL/LSS TAPE # 00 - 046   Begin: 2625   End: 2944