FTL

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR CO-4208-SNOW
Plaintiff )
) 66247.004
-vs- ) REPORT COMMENCING CRIMINAL
Vargas, Hamlet ) ACTION
_____ )
Defendant

FILED by _____ D.C.
AUG 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*********************************************************************

TO: CLERK'S OFFICE , MIAMI (FT. LAUDERDALE) W. PALM BEACH

U.S. DISTRICT COURT (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 8/24/00 17:30 a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: PWID Cocaine

(4) UNITED STATES CITIZEN: (X)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 6/11/64

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT    [ ] COMPLAINT    CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT