U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Hamlet Vargas (J)#  CASE NO: 00-4208-Snow
AUSA: Scott Behnke *present*  ATTNY: Joaquin Perez (ret)
AGENT:  VIOL:
PROCEEDING: PTD HEARING  BOND REC:

FILED by ___ D.C.
AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
    ___ Electronic Monitoring

A asks for more time
PTD reset for
9-1-00
at 9:30am

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:  9-1-00  9:30  BSS
PRELIM/ARRAIGN. OR REMOVAL: xxxxx  9-8-00  11:00am  BSS
STATUS CONFERENCE:

DATE: 8-30-00  TIME: 9:30am  TAPE # 00-068  PG # 2
ends 12:20 pm
1648-1649
00-069
1054