| | | | |
|---|---|---|---|
| DEFT: | Hamlet Vargas (J)# | CASE NO: | 00-4208-LSS |
| AUSA: | Scott Behnke  *present* | ATTNY: | Joaquin Perez  /Nelson Rodriguez/ standing in |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing | BOND REC: | |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED: _____

___ BOND SET @  $60,000 Corp Surety + $150,000 PSB

CO-SIGNATURES: Brother, 2 Cousins + ~~uncle~~

SPECIAL CONDITIONS: ✓

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.  *surr passport* ✓ — Sworn
3) ✓ Surrender and/or do not obtain passports/travel documents.
4) ✓ Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) ✓ Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) ✓ Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) ✓ No firearms.
10) Curfew:
11) ✓ Travel extended to: SD/FL
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address. No illegal drugs or excessive alcohol.

FILED by ___ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST
S.D. OF FLA. FT. LAUD.

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-8-00 | 11:00am | BSS ✓ | |
| STATUS CONFERENCE: | | | | |
| DATE: | 9-1-00 | TIME: 9:30am | TAPE # 00-069 | PG # |

ends 11:45am.  2619-3057
Recalled at 11:00am
00-070