UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6258 CR-FERGUSON

21 U.S.C. 846
21 U.S.C. 841(a)(1)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAMLET R. VARGAS, and
LIDIA ESTER RAMOS,

Defendants.

FILED by ___ D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

From or about August, 2000 to on or about August 24, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendants,

**HAMLET R. VARGAS**, and
**LIDIA ESTER RAMOS,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.



**COUNT 2**

On or about August 24, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**HAMLET R. VARGAS**, and
**LIDIA ESTER RAMOS**,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendants' Name:     HAMLET R. VARGAS     No.: _____

**Count #:1**
Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine
21 U.S.C. §846

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

**Count #: 2**
21 U.S.C. §841(a)(1)
Possession with intent to distribute five (5) kilograms or more of cocaine

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

**Count #:**

*Max. Penalty: _____

**Count #:**

*Max. Penalty: _____

*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendants' Name: _____LIDIA ESTER RAMOS_____ No.:_____

**Count #:1**
Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine
21 U.S.C. §846

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

21 U.S.C. §841(a)(1)
**Count #: 2**
Possession with intent to distribute five (5) kilograms or more of cocaine

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

**Count #:**

*Max. Penalty: _____

**Count #:**

*Max. Penalty: _____

*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| HAMLET R. VARGAS, and<br>LIDIA RAMOS | |

**Court Division**: (Select One)

\_\_\_ Miami  \_\_\_ Key West
_X_ FTL    \_\_\_ WPB  \_\_\_ FTP

**Superseding Case Information**:
New Defendant(s)    Yes \_\_\_   No \_\_\_
Number of New Defendants  \_\_\_
Total number of counts    \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) YES
   List language and/or dialect _____

4. This case will take  _7_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

| | | | | |
|---|---|---|---|---|
| I   | 0 to 5 days      | \_\_\_ | Petty    | \_\_\_ |
| II  | 6 to 10 days     | _X_   | Minor    | \_\_\_ |
| III | 11 to 20 days    | \_\_\_ | Misdem.  | \_\_\_ |
| IV  | 21 to 60 days    | \_\_\_ | Felony   | _X_   |
| V   | 61 days and over | \_\_\_ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __Yes__
   If yes:
   Magistrate Case No.   __00-4208-Snow__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)_____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No    If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500005

*Penalty Sheet(s) attached                                   REV.6/27/00