| | |
|---|---|
| DEFT: Hamlet Vargas (J)# | CASE NO: 00-4208-LSS  00-6258-CR-Ferguson  Nelson Rodriguez |
| AUSA: Scott Behnke /signed/ arrived late | ATTNY: Joaquin Perez Standing in (perm) |
| AGENT: | VIOL: |
| PROCEEDING: Prelim/Arraignment/ Inquiry re Counsel | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: FILED by___ D.C. SEP 8 20__ CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD |
| ___ BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
     _____ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-27-00 | 11:00aw | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 9-8-00 | TIME: 11:00am | TAPE # 00-172 | PG # 8 |

751-844