

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-Ferguson

UNITED STATES OF AMERICA

vs

Hamlet Vargas

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-8-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and co~~xxxappo~~inted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: Joaquin Perez

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 8 day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-072

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services