**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

SEP 8 200(?)

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. _____

**UNITED STATES OF AMERICA,**

v.                                              :          **NOTICE OF PERMANENT**
                                                            **APPEARANCE AS COUNSEL**
                                                                    **OF RECORD**

Hamlet Varcas                                   :

                                                :

COMES NOW _____, and files this appearance as counsel
for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings
arising out of the transaction with which the defendant(s) is presently charged in the United States
District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the
requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the
Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file
a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless
relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS**
**FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _____

Attorney _____

Address _____

City _____ State ____ Zip _____

Telephone _____

Florida Bar No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____