| | |
|---|---|
| DEFT: Hamlet Vargas (no deft needed) | CASE NO: 00-6258-CR-Ferguson |
| AUSA: Scott Behnke / Thompson | ATTNY: Joaquin Perez / not present |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

____ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

SEP 2 7 2000
FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
____ Electronic Monitoring

Discovery out
no mots
4 days to try
Gout ready
possible plea

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 9-27-00 | TIME: 11:00am ends 12:45pm | TAPE # 00-073 PG # 979-1005 | |

34