# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED by PM D.C. OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6258-CR-WDF__   Date: __10/16/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Hamlet Vargas (J) / Lidia Ramos (J)__

AUSA: __Scott Behnke__
Defendant(s) Counsel: __Jaquin Perez / Nelson Rodriguez__

Defendant(s) Present__ Not Present__ In Custody__
Reason for hearing: __Calendar Call__

Result of hearing: __Motion for Continuance granted__

Case Continued to: __12/11/00__ Time: __3:15__ p.m. For: __Calendar Call__

