UNITED STATES OF AMERICA,
Plaintiff,
Vs.

HAMLET VARGAS, (J) and
LIDIA ESTER RAMOS, (J)
Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 14 2000

CLARENCE MADDOX
CLE. N. U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Case No. 00-6258-CR-FERGUSON

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed in open court, by defendant Hamlet Vargas, on December 11, 2000. The Court having considered the motion and advise of the government that it does not oppose such motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **January 29, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday, January 22, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (12/11/00 to 1/29/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 14th day of December 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies: Scott Behnke, AUSA, Joaquin Perez, Esq and Nelson Rodriguez, Esq

