**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6258-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,   )
    *Plaintiff,*    )
        )
vs.    )
        )
HAMLET VARGAS,    )
    *Defendant.*    )
_____   )

## ORDER

This matter came on to be heard upon Defendant's Emergency Motion to Continue Change of Plea Hearing and after due consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. That Defendant's motion is hereby GRANTED.
2. That Defendant's change of plea hearing is hereby rescheduled to: _____ March 9, 2001 @ 9:00 a.m. _____.

**DONE AND ORDERED** in chambers, on this __15th__ day of February, 2001.

WILKIE FERGUSON
U.S. District Court Judge

cc:   Joaquin Perez, Esq.
      Donald Chase, AUSA

