**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6258-CR-FERGUSON/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *Plaintiff*, ) | |
| ) | FILED            D.C. |
| vs. ) | MAR 1 2 2001 |
| ) | |
| HAMLET VARGAS, ) | CLERK U.S. DIST. CT. |
| *Defendant*. ) | S.D. OF FLA. FT. LAUD |
| _____ ) | |

### ORDER

This cause came to be heard on March 8, 2001 upon Defendant's unopposed petition to modify the existing corporate bond currently in the amount of Sixty Thousand Dollars ($60,000), and after due consideration thereof and this being a joint request of the parties, it is hereby

**ORDERED, ADJUSTED AND DECREED:**

1. The present corporate bond in the amount of Sixty Thousand Dollars ($60,000.00) is hereby reduced to Twenty Five Thousand Dollars ($25,000.00). All other pertinent condition of the bond are to remain the same as their change only affects the amount of the corporate liability and does not necessitate the posting of a new bond.

**DONE AND ORDERED** this  12th  day of March, 2001.

WILKIE D. FERGUSON
U.S. District Court Judge

cc:   Joaquin Perez, Esq.
      Don Chase, AUSA