UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 17 2001

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HAMLET VARGAS,

Defendant.

Case No. 00-6258-CR-FERGUSON

_____

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Hamlet Vargas, is apprehended.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of June 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL

