# UNITED STATES DISTRICT COURT
## for the
# SOUTHERN DISTRICT OF FLORIDA

JUL 2 6 2001

U.S.A. vs. Hamlet Vargas

Docket No. 00-6258-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kathleen Shannon-Hunt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Hamlet Vargas, who was placed under pretrial release supervision by the Honorable Barry S. Seltzer sitting in the Court at Ft Lauderdale, on 9/1/01, under the following conditions:

Surrender passport, report to Pretrial as directed, random urine testing and treatment as deemed appropriate, maintain or seek full time employment, no victim/witness contact, no firearms, Southern District of Florida travel, and maintain address.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

Special Agent Jonathan Schleffer, DEA received information from sources that the defendant had returned to the Dominican Republic. On May 14, 2001 Agent Schleffer went to the defendant's residence in Pembroke Pines, FL to follow up on this information. At that time the Agent interviewed the defendant's roommate, Jorge Vasquez and did a consent search of the residence. The agent was advised that the defendant moved about a week ago and the roommate did not have a way to contact him. On May 15, 2001 Pretrial attempted to reach the defendant via phone and beeper, both at home and at work. All attempts have been unsuccessful. The defendant's whereabouts remain unknown.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT

Considered and ordered this _____ day
of __JULY__, 2001 and ordered filed and
made a part of the records in the above case.

Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge

Respectfully,

Kathleen Shannon-Hunt

Kathleen Shannon-Hunt
U.S. Pretrial Services Officer
Place: Ft Lauderdale

Date: May 15, 2001