**United States District Court**
**for the**
**Southern District of Florida**



FILED by
JUL 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**United States of America**
**v**
**Hamlet Vargas**

## WARRANT FOR ARREST
### Case Number: 00-6258-CR-FERGUSON

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Hamlet Vargas__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

Special Agent Jonathan Schleffer, DEA received information from sources that the defendant had returned to the Dominican Republic. On May 14, 2001 Agent Schleffer went to the defendant's residence in Pembroke Pines, FL to follow up on this information. At that time the Agent interviewed the defendant's roommate, Jorge Vasquez and did a consent search of the residence. The agent was advised that the defendant moved about a week ago and the roommate did not have a way to contact him. On May 15, 2001 Pretrial attempted to reach the defendant via phone and beeper, both at home and at work. All attempts have been unsuccessful. The defendant's whereabouts remain unknown.

in violation of Title __18__ United States Code, Section(s) __3148__

| | |
|---|---|
| Kathleen Shannon-Hunt | United States Pretrial Services Officer |
| Name of Issuing Officer | Title of Issuing Officer |
| *Kathleen Shannon-Hunt* (signature) | May 15, 2001   Ft Lauderdale |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BOND__     by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |