UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
CT REP. ____
FEB 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

                              Case 00-6258-Cr-FERGUSON

        Plaintiff,

 vs.                     FORT LAUDERDALE, *FLORIDA*
                            SEPTEMBER 8, 2000

LIDIA ESTER RAMOS &
HAMLET VARGAS,

        Defendants.
_____

TRANSCRIPT OF ARRAIGNMENT & INQUIRY RE COUNSEL
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

**FOR THE GOVERNMENT:**

                        **SCOTT BEHNKE, A.U.S.A.**
                        *United States Attorney's Office*
                        500 East Broward Blvd., 7th Floor
                        Ft. Lauderdale, FL 33301

**FOR THE DEFENDANT:**

                        **NELSON A. RODRIGUEZ-VARELA, ESQ.**
                        6780 Coral Way
                        Miami, FL   33128

REPORTED BY:           **JERALD M. MEYERS, RPR-CM**
                        Miami, FL   33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE