

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-44

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Paul C. Huck forthwith:

```
0:00CV7886      Mountbatten Surety v. GAF Materials
0:02CV60061     Aguilar v. Mora
0:02CV60532     Access Now, Inc. v. Quest Diagnostics
0:02CV60862     LBC Compass Group v. Nova Marine Co. Ltd.
0:02CV61083     EEOC v. Navaro Group Ltd.
0:02CV61419     United States v. $36,661.00
0:02CV61536     Mainer, et al. v. Professional Insurance
0:02CV61660     Dhala, et al. v. United States
0:03CV60013     Boyadjiev v. Sear Roebuck
0:03CV60105     Holmes v. M/V Super Servant 3
0:03CV60254     Totta v. Dept. of Corrections
0:03CV60454     Lyddane v. Broward Sheriff's Office
0:03CV60692     Balma v. Badwed, Inc.
0:03CV60820     Marinoj v. Broward Sheriff's Office
0:03CV60925     Standard Federal v. M/Y Pleasures
9:02CV80008     Lopez v. Pero Family Farms
9:02CV81004     Moore v. Home Depot USA, Inc.
```

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Huck forthwith:

```
0:00CR06073     United States v. Konan
0:00CR06258     United States v. Vargas, et al.
0:02CR60157     United States v. Craycraft, et al.
0:02CR60222     United States v. Samuels
0:03CR60056     United States v. Roloff, et al.
0:03CR60101     United States v. Bullard
```



```
1:96CR00647    United States v. Jimenez, et al.
1:01CR00217    United States v. Osorio
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge William C. Turnoff, who is paired with Judge Huck. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Turnoff.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.  Judge Paul C. Huck
    Magistrate Judge Lurana S. Snow
    Magistrate Judge William C. Turnoff
    Clarence Maddox, Court Administrator • Clerk of Court
    All Counsel of Record