UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-HUCK
Magistrate Judge William Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HAMLET VARGAS,

    Defendants.

_____/



FILED by _____ D.C.

MAY 2 3 2003

CLARENCE MADDOX
CLERK U S DIST CT
S.D. OF FLA. MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

    THIS MATTER is before the Court upon administrative review. On September 7, 2000 an Indictment was returned on the above named defendant. The defendant having been arrested, entering a plea and failing to appear for sentencing on May 18, 2001, the Clerk of Court shall **CLOSE** the case.

    DONE AND ORDERED in Chambers, Miami, Florida, this 22nd day of May, 2003.

                                       Paul C. Huck
                                       United States District Judge

Copies furnished to:

Scott Behnke, AUSA
Joaquin Perez, Esq.

