UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HAMLET VARGAS,

        Defendant,

and

KEVIN'S BAIL BONDS,

        Corporate Surety,

and

FREDDY ORTIZ,
ROBINSON VARGAS
FRAN VARGAS,

        Personal Sureties.
_____/



## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant HAMLET VARGAS as to the sureties Kevin's Bail Bonds, corporate surety, in the amount of $25,000, and personal sureties HAMLET VARGAS, Freddy Ortiz, Robinson Vargas, and Fran Vargas, in the amount of $150,000. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $25,000 as to the corporate surety bond and $150,000 as to the personal surety bond, respectively, and the Court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant HAMLET VARGAS and Kevin's Bail Bonds in the sum of $25,000 as to the corporate surety bond, against defendant HAMLET VARGAS, Freddy Ortiz, Robinson Vargas, and Fran Vargas, in the sum of $150,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _18_ day of March, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:
AUSA DONALD CHASE/Victoria Fallick
AUSA Elizabeth Stein
Hamlet Vargas, 405 Lakeview Drive, Weston, Florida 33326
Freddy Ortiz, 1835 N.W. 1128, Miami, Florida
Robinson Vargas, 2410 W. 76 Street, Hialeah, Florida
Cynthia Gaynor, Agent for Kevin's Bail Bonds, 540 S.E. 6th Street, Ft. Lauderdale, Florida 33301