YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX!

Just complete and return the request form below and you will receive notice of orders and judgments within hours of their entry. It's FREE and it's FAST!

NOTE: If you are no longer an attorney on this case, please disregard this notice.



Robinson Vargas
2410 SW 76 Street
Hialeah, FL 00000 -

----------------------

0:00-cr-06258 #110
2 page(s).
03/19/2004

----------------------

### AUTHORIZATION FOR E-NOTICING

I hereby authorize the Clerk of Court for the Southern District of Florida to transmit notification of judgments, orders, and hearings by facsimile in any case in which this capability exists and I appear as attorney of record. I understand this electronic transmission will be in lieu of notice by mail. The following telephone number is designated for facsimile transmission:

Fax Phone# _____        Firm Name _____

Phone #   _____        Attorney Name _____

Florida Bar# _____     Street Address _____

Signature _____        City, State, Zip _____

List of My Active Case #'s _____

---

    FAX this completed form to the Clerk's Office at (305) 523-5209.
For information please call our E-NOTICING help line at (305) 523-5212.

NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide envelopes for cases before non-participating Judges. Call the help line above for the list of participating judges.
NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, firm, or fax number. A notification should be sent for each of your active cases.

Control #: CV-fax_40D-28061



```
=037=
U.S. POSTAGE
PB METER
7136661
MIAMI
MAR 25'04
```

>>***RETURN TO SENDER/NO SUCH NUMBER***

33128-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK (FAX)
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FL 33128-7788

OFFICIAL BUSINESS